No. 01–9317. BORCHARDT v. MARYLAND. Ct. App. Md. Certiorari denied. 

No. 01–9318. JENKINS v. BYRD, WARDEN. C. A. 11th Cir. Certiorari denied. 

No. 01–9321. CIVIELLO v. ROSEMEYER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT LAUREL HIGHLANDS, ET AL. C. A. 3d Cir. Certiorari denied. 

No. 01–9322. TURNBOE v. GUNDY, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 01–9323. COLE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–9338. MILES v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 01–9343. WASHINGTON v. COWAN, WARDEN. C. A. 7th Cir. Certiorari denied. 

No. 01–9344. WILLS v. MCDANIEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–9346. FUGATE v. HEAD, WARDEN. C. A. 11th Cir. Certiorari denied. 

No. 01–9358. BURCH v. CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 01–9373. JONES v. ANDERSON, SUPERINTENDENT, CRAGGY CORRECTIONAL CENTER. C. A. 4th Cir. Certiorari denied. 

No. 01–9421. DYSE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–9437. BURNETT v. TENET HEALTHSYSTEM HOSPITALS, INC., DBA LUTHERAN MEDICAL CENTER. C. A. 8th Cir. Certiorari denied.